United States District Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JACOB D. FARR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00066 |
| | § | |
| ERIC GUERRERO, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER ADOPTING MEMORANDUM & RECOMMENDATION</u>

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 9). The M&R recommends that the Court deny Petitioner's application for leave to proceed in forma pauperis and order Petitioner to pay the $5.00 filing fee within thirty (30) days.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 9). Accordingly, the Court **DENIES** Petitioner's application for leave to proceed in forma pauperis, (D.E. 7), and **ORDERS**

Petitioner to pay the $5.00 filing fee within thirty (30) days from the date of this Order.

      SO ORDERED.

                                      DAVID S. MORALES
                                      UNITED STATES DISTRICT JUDGE

Signed: San Diego, California
          June 15, 2026